**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DERRELL BRIAN CLEVELAND,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02076-SHL-jay |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO COMMISSIONER**

Before the Court is Magistrate Judge Jon A. York's Report and Recommendation ("R&R"), recommending that Defendant Commissioner of Social Security's ("the Commissioner") Motion to Reverse and Remand be granted, filed August 31, 2026. (ECF No. 20.) In the Commissioner's Motion, he "requests the Court to reverse the decision of the Administrative Law Judge (ALJ) and remand this action to Defendant pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g)." (ECF No. 19.) Plaintiff Derrell Brian Cleveland consents to the Commissioner's Motion. (Id.) Neither party objected to Judge York's R&R. The R&R is **ADOPTED** and the Commissioner's Motion is **GRANTED** for the reasons stated below.

"The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); see also Melkonyan v. Sullivan, 501 U.S. 89, 101–02 (1991) ("[I]n § 405(g) actions, remand orders must either accompany a final judgment affirming, modifying, or reversing the administrative decision in accordance with sentence four, or conform with the requirements outlined by Congress in

sentence six."); Newkirk v. Shalala, 25 F.3d 316, 317–18 (6th Cir. 1994) (same). "Immediate entry of judgment (as opposed to entry of judgment after postremand agency proceedings have been completed and their results filed with the court) is in fact the principal feature that distinguishes a sentence-four remand from a sentence-six remand." Shalala v. Schaefer, 509 U.S. 292, 297 (1993) (citations omitted).

Therefore, the R&R is **ADOPTED**, the Commissioner's Motion is **GRANTED** the ALJ's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for a rehearing under sentence four of 42 U.S.C. § 405(g); judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED,** this 1st day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE